## AFFIDAVIT OF SERVICE

State of Florida     County of Middle     Tampa Court

Case Number: 8:20-CV-1399-T-60-TGW

Plaintiff:
**Augusto Velasquez Rodriguez,**

vs.

Defendant:
**Heartland Painting and Remodeling Services, Inc.; et al.,**

For:
C. Ryan Morgan
Morgan & Morgan, P.A.
20 N. Orange Ave.
4th Floor
Orlando, FL 32801

Received by Attorney's Legal Services, Inc. on the 19th day of June, 2020 at 4:31 pm to be served on **HEARTLAND PAINTING AND REMODELING SERVICES, INC. C/O SONIA M. PAUL, REGISTERED AGENT, 4085 42nd Way, Sarasota, FL 34235.**

I, Steven T. Zawacki, being duly sworn, depose and say that on the **22nd day of June, 2020 at 5:35 pm**, I:

Served the within named **CORPORATION** by delivering a true copy of the **SUMMONS AND COMPLAINT & DEMAND FOR JURY TRIAL** with the date and hour of service endorsed thereon by me, to: **Sonia Paul** as Registered Agent for **HEARTLAND PAINTING AND REMODELING SERVICES, INC.**, at the address of: **4085 42nd Way, Sarasota, FL 34235**, and informed said person of the contents therein, in compliance with Florida Statute 48.081.

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made pursuant to Florida Statute 48.29. Under penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated are true and correct. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

STATE OF FLORIDA
COUNTY OF SARASOTA

Notary Public State of Florida
Michelle Schwartz
My Commission GG 097292
Expires 04/24/2021

Subscribed and Sworn to before me by means of ✓ physical presence or ___ online notarization, this 23 day of JUNE, 2020 by the affiant who is personally known to me or who has shown me proper identification.

NOTARY PUBLIC
Michelle Schwartz

Steven T. Zawacki
CPS#283 12th Circuit

Attorney's Legal Services, Inc.
617 E. Washington Street
Suite 2
Orlando, FL 32801
(407) 839-4644

Our Job Serial Number: ALS-2020004257
Ref: 10543447

Copyright © 1992-2020 Database Services, Inc - Process Server's Toolbox V8.1m

