

# NOTICE TO PARTIES

Judge Barber is interested in attempting short, "in person" civil jury trials (no more than two days including jury selection) in late September/October.  Such cases may be reset for trial during this period, regardless of any previously set trial dates, as long as ALL participants, including witnesses, are comfortable proceeding "in person."  If you believe you have a case that meets these parameters and would like to discuss the possibility of proceeding to trial in late September/October, please contact Courtroom Deputy Sonya Cohn by email (sonya_cohn@flmd.uscourts.gov) no later than **AUGUST 31, 2020**.  Judge Barber will then set a Status Conference, most likely by ZOOM, to further discuss the case.  If, during the Status Conference, all participants agree the case is ready and appropriate for a jury trial, the trial will take place on a "date certain" that is mutually agreed upon by the parties and the Court.

Counsel are encouraged to take advantage of this opportunity.  Once jury trials resume, it is anticipated that criminal cases will consume most, if not all, available trial time for several months.

*By responding to this request, parties are not obligated to proceed to trial in late September/October absent an agreement among all participants to do so after thorough discussion at a Status Conference.  Likewise, the Court is not obligated to proceed to trial during that timeframe, even if all participants so request.*